



**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 07-30035 |
| VERSUS | * | JUDGE JAMES |
| GUMARO COLLADO SENDEGAS a/k/a ANTONIO ESPINOZA-LOPEZ, JOSE TORRES-COLLADO | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Gumaro Collado Sendegas, and adjudges him guilty of the offense charged in Count Two of the indictment against him.

THUS DONE AND SIGNED this  6  day of  February , 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION